UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| RICK POPPLEWELL<br>3110 Flintwood Dr.<br>Columbus, IN 47203<br><br>      v.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION (AMTRAK)<br>60 Massachusetts Avenue<br>Washington, D.C. 20002 | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : | CIVIL ACTION<br><br><br>NO.<br><br><br><br>JURY TRIAL DEMANDED |

## COMPLAINT

1. The plaintiff herein is Rick Popplewell, a citizen and resident of the State of Indiana, residing at 2110 Flintwood Drive in Columbus, Indiana.

2. The action arises under the Act of Congress, April 22, 1908, c. 149, 35 Stat. 65, and amendments thereto, U.S.C.A. Title 45, Sec. 51 *et seq*., and further amended by the Act of Congress, approved by the President of the United States on August 11, 1939, Chapter 685 - First Session of the 76th Congress, known and cited as "The Federal Employers' Liability Act".

3. Defendant, National Railroad Passenger Corporation (hereinafter referred to as "Amtrak"), is a corporation duly organized and existing under and by virtue of the laws of the District of Columbia with its principal place of business at the above address, and which regularly does business in the District of Columbia and through the United States of America.

4. All the acts alleged to have been done or not to have been done by the Defendant were done or not done by the Defendant, its agents, servants, workmen and/or employees acting in the course and scope of its employment for and on behalf of the Defendant.

5. At all time material hereto, Plaintiff was employed by Defendant.

6. All of the property, equipment and operations involved in the accident herein referred to were owned by and under the control of the Defendant, its agents, servants and/or employees.

7. At the time and place hereinafter mentioned, the acts of omission and commission causing the injuries to the plaintiff were done by the defendant, its agents, servants and/or employees, acting in the course and scope of their employment with and under the control of the defendant.

8. On or about July of 2020, and for some time prior thereto, plaintiff was employed by defendant, National Railroad Passenger Corporation, as a working in the Maintenance Department in Beech Grove, Indiana and on that date, in the performance of his duties, he was caused to sustain the serious, permanent, and painful personal injuries, more particularly hereinafter described.

9. During the Plaintiff's entire, twenty plus year, career as a sheet metal worker, and while working in the within the scope of his employment for defendant's railroad system, Plaintiff was injured due to unsafe and inadequate working conditions.

10. Plaintiff was required to awkwardly carry, pull, and lift heavy equipment, machinery, and tools with insufficient support; was required to perform tasks and maneuvers in awkward manner slash position; and was subject to repetitive motions which caused stress and trauma.

11. This injury was caused in whole or in part by the negligence, carelessness and recklessness of the defendant and its agents, servants, Workman and slash or employees, acting within the scope of their employment, which consisted of the following:

  a) in failing to provide the plaintiff with a safe place to work as required by the Federal Employers' Liability Act, Title 45 U.S.C. Secs. 51-60.

  b) in failing to comply with the safety rules and regulations of the defendant;

  c) in failing to comply with the operating rules and regulations of the defendant;

  d) negligence of the defendant's agents, servants, workmen and/or employees;

  e) in failing to comply with the applicable government regulations;

  f) in failing to take any effective action to reduce, modify or eliminate certain job duties, equipment and repetitive trauma to which plaintiff would be exposed;

  g) in failing to periodically test employees such as the plaintiff for physical effects of repetitive trauma, and failing to take appropriate action, including advising the plaintiff as to the test results;

  h) in failing to warn the plaintiff of the risk of repetitive trauma injuries as a result of the exposure to repetitive occupational trauma;

  i) in providing the plaintiff, and those working around him, with equipment which the defendant knew or should have known caused repetitive trauma injuries as a result of exposure to repetitive occupational trauma;

  j) in failing to make reasonable efforts to inspect or monitor the levels/amounts of repetitive trauma produced by the work duties/tasks which the plaintiff was required to perform for defendant; and,

  k) in failing to provide the plaintiff with protective equipment designed

to protect him from repetitive trauma injuries as a result of exposure to repetitive occupational trauma.

12. As a direct result of the defendants' negligence, through their agents, servants, workmen and/or employees, the Plaintiff suffered cumulative micro traumas disorders/repetitive stress injuries as follows: shoulder torn rotator cuff, labrum, and arthritis.

13. As a result of the aforesaid, Plaintiff suffered injuries to his shoulder. Plaintiff has been advised that some or all of the above may be permanent in nature.

14. As a result of the aforesaid, Plaintiff had incurred a medically determinable physical impairment which prevented Plaintiff from performing all or substantially all of the material acts and duties which constitute his usual and customary work and limited his mobility and daily activities as well as enjoyment of life.

15. As a direct result of the defendants' negligence, through their agents, servants, workmen and/or employees, the Plaintiff was unable to attend to his usual duties and occupations, all of which caused substantial financial loss.

**WHEREFORE**, Plaintiff Rick Popplewell claims all remedies available under the Federal Employer's Liability Act (FELA).

                KELLER AND GOGGIN, P.C.

By: */s/ Robert S. Goggin, III*
ROBERT S. GOGGIN, III, ESQUIRE
D.C. Bar Id. #PA0077
rgoggin@keller-goggin.com
Keller & Goggin, P.C.
1420 Walnut Street, Suite 1108
Philadelphia, PA 19102
(215) 735-8780
(215) 735-5126